694 A.2d 342

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**John S. HUDAK, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 1997.

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of June, 1997, we **GRANT** the Petition for Allowance of Appeal and **VACATE** the Order of the Superior Court and **REMAND** to the Superior Court for reconsideration of its decision in light of *Commonwealth v. McPhail,* 547 Pa. 519, 692 A.2d 139 (1997).